UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC., | ) Case No. 07-02292 JCS |
| Plaintiff, | ) STIPULATION RE-SETTING CASE ) MANAGEMENT CONFERENCE DATE |
| v. | ) AND RELATED PRE-CONFERENCE ) FILING DEADLINES; AND |
| TOTAL MED AMERICA, LLC., | ) [~~PROPOSED~~] ORDER THEREON |
| Defendant. | ) |

1. There is currently a Case Management Conference scheduled in this action to be held on August 3, 2007 at 1:30 p.m. For the reasons set forth below the parties stipulate to a postponement of the Case Management Conference until September 14, 2007, at 1:30 p.m. The parties also stipulate to re-schedule the date for the filing of both the Case Management Conference Statement and the Rule 26(f) Report to September 7, 2007.

2. The Complaint in this action was filed on April 27, 2007 and asserts claims for service mark, trademark and trade name infringement; false designation of origin; dilution and unauthorized use of service mark; trade name infringement; and

{DRD3203.DOC:}

unfair competition. After an exchange of communication between counsel representing the parties, it was agreed that service of the Summons and Complaint on the Defendant, a New York limited liability corporation, would be made by sending a Waiver of Service of Summons form to the defendant. This method of service allowed the defendant up to sixty (60) days to file a response. Therefore, the Defendant did not file its Answer until July 2, 2007.

3. This action was assigned to Magistrate Judge Joseph C. Spero. Due to the extended period of time before service of the Complaint was achieved and a responsive pleading was due, the Plaintiff did not file its Consent to Proceed Before A United States Magistrate until June 12, 2007, and the Defendant did not file its Consent form until July 17, 2007. Therefore, it was not until July 17, 2007 that the parties knew that this case would proceed before Magistrate Spero. This timeline made the dates set forth in the April 27, 2007 Order Setting Initial Case Management Conference and ADR Deadlines unworkable from a practical standpoint for the parties.

4. Finally, the Defendant intends to have attorneys Jonathan D. Jay and Terrance C. Newby of the Minneapolis, Minnesota law firm of Leffert, Jay & Polglaze, P.A. seek admission *pro hac vice* to be lead counsel in this case. Additional time is needed prior to a Case Management Conference for new counsel to be admitted so that they can participate representing the Defendant.

5. Therefore, the parties, by their counsel, stipulate to the following revised case management schedule:

1  September 7, 2007   Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

September 14, 2007   Initial Case Management Conference in Ctrm A, 15th Floor, San Francisco at 1:30 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 23, 2007

_____     _____
Darl R. Danford                Roger James Eliassen
Counsel for Plaintiff          Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 25, 2007           _____
                                JOSEPH C. SPERO
                                UNITED STATES MAGISTRATE JUDGE

CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP

{DRD3203.DOC;}

- 3 -