# CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP
### LAW OFFICES

RICHARD K. CIRCUIT
R. KEITH McKELLOGG
RICHARD R. KINNEY, JR.
SCOTT HUNTER ROSS
DARL R. DANFORD
PHILLIP C. WING
DANIEL PEARL

MANCHESTER FINANCIAL BUILDING
1205 PROSPECT STREET, SUITE 400
LA JOLLA, CALIFORNIA 92037

TELEPHONE (858) 459-0581
FACSIMILE (858) 459-0690

Direct E-mail Address
ddanford@cmkr.com

September 5, 2007

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

  Re: MedAmerica, Inc. v. Total Med America, LLC.
     N.D. California, Case No. C07-02292 JCS

Dear Judge Spero:

  This firm represents Plaintiff MedAmerica, Inc. in the above-referenced matter. The case is scheduled for a Case Management Conference on Friday, September 14, 2007.

  I am writing pursuant to Local Rule 16-10, and at the suggestion of Ms. Hom, to request permission to appear by telephone at the Case Management Conference in order to avoid the additional expense and time that would be incurred for air travel to San Francisco. I have spoken by telephone with counsel representing defendant Total Med America, LLC and he has no objection to me doing so.

  Should the Court grant this request I will be available beginning at 1:30 p.m. Pacific Time on September 14 at **858-922-0581.**

  Thank you for your consideration of this request.

         Very truly yours,

         CIRCUIT, McKELLOGG, KINNEY & ROSS LLP

         Darl R. Danford

{DRD3226.DOC:}

CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP
LAW OFFICES

September 5, 2007
Page 2

DRD:dd

cc:  Counsel for Defendant:  Terrance C. Newby, Esq. (via electronic filing)
Jonathan D. Jay, Esq. (via electronic filing)
James Eliason, Esq. (via electronic filing)

Dated: 9/5/7



{DRD3226.DOC:}