Ralph A. Lombardi
Bruce P. Loper
Matthew S. Conant
Peter O. Glaessner
B. Clyde Hutchinson
Timothy J. McCaffery
GayLynn Kim Conant
Jeffrey D Hosking
John W. Ranucci

Email: rje@llcllp.com

# LOMBARDI, LOPER
# & CONANT, LLP

**Lake Merritt Plaza**
**1999 Harrison Street, Suite 2600**
**Oakland, California 94612-3541**
**Tel: 510/433-2600 • Fax: 510/433-2699**

Anthony J. Calero
Vincent Castillo
Erin Eileen Fry
R. James Eliassen
Leora R. Ragones
Karen E. Giquinto

*Of Counsel*

Chris P. Lavdiotis
Linda C. Roodhouse
Lori A. Sebransky

September 7, 2007

Hon. Joseph C. Spero
U.S.D.C., Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

> **RE:   MedAmerica v. Total Med America, LLC**
> N.D. California Case No. C07-02292 JCS

Dear Judge Spero:

We act as local counsel for defendant Total Med America, LLC in the above referenced lawsuit. We write to respectfully request a telephonic appearance on behalf of national counsel for our client, Jon Jay of Leiffert, Jay & Polglaze, at the Case Management Conference set for September 14, 2007 at 1:30 p.m.  Mr. Jay was previously admitted as counsel *pro hac vice* in this matter.  It is our understanding plaintiff's counsel, Darl Danford, previously made a similar request for a telephonic appearance and that he has no objection to the defense's request.

If this request is granted, Mr. Jay will be available starting at 1:30 p.m. on September 14th at (612) 312-2200.  If there is any problem with a telephonic appearance, please have your clerk contact me so that we can make alternative arrangements.  Thank you for your attention to this matter.

Dated: 9/10/7

Sincerely,

LOMBARDI, LOPER & CONANT, LLP

By: _____
R. James Eliassen

cc:   All Counsel

IT IS SO ORDERED
Judge Joseph C. Spero