UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC., | Case No. C-07-02292 JCS |
| Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| TOTAL MED AMERICA, LLC, | |
| Defendant(s). | |

Following a case management conference held on **September 14, 2007,**

IT IS HEREBY ORDERED THAT:

1. This case shall be referred to Magistrate Judge Edward M. Chen for a settlement conference, to occur within ninety (90) days, or on a date that is convenient to Judge Chen's calendar. Counsel will be contacted by Judge Chen's chambers with a date and time for the conference.

2. An updated joint case management conference statement shall be due by **December 7, 2007.**

3. A further telephonic case management conference is set for **December 14, 2007, at 1:30 p.m.** Counsel shall electronically file a letter one (1) week prior to the hearing with contact phone numbers. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: September 18, 2007

JOSEPH C. SPERO
United States Magistrate Judge