UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC., | Case No. 07-02292 JCS |
| Plaintiff, | STIPULATION RE-SETTING SETTLEMENT CONFERENCE DATE, AND RELATED PRE-CONFERENCE FILING DEADLINES; AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| TOTAL MED AMERICA, LLC., | |
| Defendant. | |

1. Pursuant to an order dated September 19, 2007, Magistrate Judge Chen has scheduled the following deadlines and events in this case: (1) Settlement Conference statements must be lodged with Judge Chen's chambers by November 1, 2007; and (2) the Settlement Conference is scheduled for November 15, 2007 at 9:30 a.m.

The parties will be unable to meet these deadlines due to the Southern California wildfires, which forced Plaintiff's counsel from his home, which in turn has prevented the parties from conducting necessary discovery. For the reasons set forth below the parties stipulate to postpone the deadlines set forth above to the following new dates: (1) Settlement Conference

statements must be lodged with Judge Chen's chambers by **Thursday, January 17, 2008**; and (2) the Settlement Conference will be rescheduled to **Thursday, January 31, 2008 at 9:30 a.m.**

2. Magistrate Judge Chen's September 19, 2007 Order allows the parties to conduct "whatever discovery is needed for all sides to evaluate the case for settlement purposes," and also requires the parties to complete such discovery "by the date of the [November 15] settlement conference." The parties have cooperated in conducting the necessary pre-settlement discovery, and scheduled Plaintiff's deposition to take place on October 24, 2007. Plaintiff also agreed to provide documents requested by Defendant on or before the deposition.

3. The day before the deposition, Plaintiff's counsel advised Defendant's counsel that he had been evacuated from his home due to the Southern California wildfires. Due to the hardships caused by the evacuation, Plaintiff's counsel was unable to attend the deposition, and was also unable to produce the requested documents. The parties hope to reschedule the deposition before the end of October, but have not yet been able to set a date.

4. The parties anticipate that the proposed schedule will allow them to produce any discovery documents, reschedule the deposition, and submit Settlement Conference statements in a timely fashion. The parties submit that the proposed new dates are reasonable, and will not prolong the settlement process any longer than necessary.

5. Therefore, the parties, by their counsel, stipulate to the following revised case management schedule:

(1) Settlement Conference statements must be lodged with Judge Chen's chambers by **Thursday, January 17, 2008**; and (2) the Settlement Conference will be rescheduled to **Thursday, January 31, 2008 at 9:30 a.m**., at Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 5, 2007

Darl R. Danford
Counsel for Plaintiff

s/Roger James Eliassen
Roger James Eliassen
Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 5, 2007

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen