UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC., | ) Case No. 07-02292 JCS |
| | ) |
| Plaintiff, | ) STIPULATION RE-SETTING |
| | ) TELEPHONE CMC DATE, AND |
| v. | ) ALL RELATED PRE-CONFERENCE |
| | ) FILING DEADLINES; AND |
| TOTAL MED AMERICA, LLC., | ) [~~PROPOSED~~] ORDER THEREON |
| | ) |
| Defendant. | ) |
| | ) |

1. The Court has scheduled the following deadlines and events in this case: (1) the Joint Case Management Conference Statement must be filed with the Court by December 7, 2007; and (2) the Telephone Case Management Conference is scheduled for December 14, 2007 at 11:30 a.m.

The parties will be unable to meet these deadlines due to the Southern California wildfires, which forced Plaintiff's counsel from his home, which in turn has prevented the parties from conducting necessary discovery. Without that discovery, the parties are unable to thoroughly evaluate their settlement positions in advance of the Case Management Conference. For the reasons set forth below the parties stipulate to postpone the

deadlines set forth above to the following new dates: (1) the Joint Case Management Conference Statement must be filed with the Court by **Friday, February 22, 2008**; and (2) the Telephone Case Management Conference will be rescheduled to **Friday, February 29, 2008 at 1:30 p.m.**

2. Magistrate Judge Chen's September 19, 2007 Order allows the parties to conduct "whatever discovery is needed for all sides to evaluate the case for settlement purposes," and also requires the parties to complete such discovery "by the date of the [November 15] settlement conference." The parties have cooperated in conducting the necessary pre-settlement discovery, and scheduled Plaintiff's deposition to take place on October 24, 2007. Plaintiff also agreed to provide documents requested by Defendant on or before the deposition.

3. The day before the deposition, Plaintiff's counsel advised Defendant's counsel that he had been evacuated from his home due to the Southern California wildfires. Due to the hardships caused by the evacuation, Plaintiff's counsel was unable to attend the deposition, and was also unable to produce the requested documents. The parties hope to reschedule the deposition before the end of October, but have not yet been able to set a date. Without deposition testimony or relevant documents, the parties are unable to thoroughly evaluate their settlement positions in advance of the Case Management Conference.

4. The parties anticipate that the proposed schedule will allow them to produce any discovery documents, reschedule the deposition, and submit Settlement Conference statements in a

- 2 -

timely fashion. The parties submit that the proposed new dates are reasonable, and will not prolong the settlement process any longer than necessary. The proposed new dates will also allow the parties to thoroughly evaluate their settlement positions in advance of the Case Management Conference.

    5. Therefore, the parties, by their counsel, stipulate to the following revised case management schedule:

    (1) the Joint Case Management Conference Statement must be filed with the Court by **Friday, February 22, 2008**; and (2) the Telephone Case Management Conference will be rescheduled to **Friday, February 29, 2008 at 1:30 p.m.**

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 5, 2007

| _____ | s/Roger James Eliassen |
|---|---|
| Darl R. Danford | Roger James Eliassen |
| Counsel for Plaintiff | Counsel for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    November 6, 2007       _____
                                                                         JOSEPH C. SPERO
                                                                         UNITED STATES MAGISTRATE JUDGE