# CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP
LAW OFFICES

RICHARD K. CIRCUIT
R. KEITH McKELLOGG
RICHARD R. KINNEY, JR.
SCOTT HUNTER ROSS
DARL R. DANFORD
PHILLIP C. WING
DANIEL PEARL

MANCHESTER FINANCIAL BUILDING
1205 PROSPECT STREET, SUITE 400
LA JOLLA, CALIFORNIA 92037

TELEPHONE (858) 459-0581
FACSIMILE (858) 459-0690

Direct E-mail Address
ddanford@cmkr.com

January 11, 2008

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   MedAmerica, Inc. v. Total Med America, LLC.
      N.D. California, Case No. C07-02292 JCS
      **Telephonic Appearance Request**

Dear Judge Spero:

This firm represents Plaintiff MedAmerica, Inc. in the above-referenced matter. The case is scheduled for an Order To Show Cause hearing/Case Management Conference on Friday, January 18, 2008.

The Court's December 21, 2007 Order which set the January 18, 2008 hearing date states: "Any party wishing to appear telephonically shall submit a letter to the Court one (1) week prior to the hearing date with a contact number." I am requesting permission to appear by telephone at the hearing and my contact number is **858-459-0581.**

Thank you for your consideration of this request.

Very truly yours,

Dated: Jan. 15, 2008         CIRCUIT, McKELLOGG, KINNEY & ROSS LLP

                             Darl R. Danford

DRD:dd

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

{DRD3226.DOC:}