UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MedAmerica, Inc.,
a Delaware corporation,

    Plaintiff(s),

v.

Total Med America, LLC
a New York limited liability company,

    Defendant(s).

CASE NO. 3:07-cv-02292-JCS

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Mark J. Young, an active member in good standing of the bar of the Supreme Court of the State of Florida, whose business address and telephone number is Mark Young P.A.
12086 Fort Caroline Rd., Unit 202
Jacksonville, Florida 32225
Tel. 904-996-8099
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Total Med America, LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/30/08

Joseph C. Spero
United States Magistrate Judge