# CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP
LAW OFFICES

RICHARD K. CIRCUIT
R. KEITH McKELLOGG
RICHARD R. KINNEY, JR.
SCOTT HUNTER ROSS
DARL R. DANFORD
PHILLIP C. WING
DANIEL PEARL

MANCHESTER FINANCIAL BUILDING
1205 PROSPECT STREET, SUITE 400
LA JOLLA, CALIFORNIA 92037

TELEPHONE (858) 459-0581
FACSIMILE (858) 459-0690

Direct E-mail Address
ddanford@cmkr.com

January 31, 2008

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

    Re:    MedAmerica, Inc. v. Total Med America, LLC.
            N.D. California, Case No. C07-02292 JCS
            **Telephonic Appearance Request**

Dear Judge Spero:

    This firm represents Plaintiff MedAmerica, Inc. in the above-referenced matter. The case is scheduled for a Further Case Management Conference on Friday, February 1, 2008. This conference was reset from January 18, 2007 to allow the parties to finalize a settlement agreement. It was believed that the documentation of the settlement would be completed prior to the February 1, 2008 date and there would be no need for a further case management conference. However, it not quite finished, and Mark Young, counsel for defendant Total Med America, LLC, and I have agreed that we would stipulate to each other requesting to appear via telephone on February 1 to request one additional week continuance of the case management conference.

    Therefore, I am requesting permission to appear by telephone at the February 1, 2008 hearing and my contact number is **858-459-0581.** Thank you for your consideration of this request.

Dated: 2/1/8

[STAMP: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

Very truly yours,

CIRCUIT, McKELLOGG, KINNEY & ROSS LLP

Darl R. Danford

{DRD3226.DOC:}