# Mark Young P.A.

Patents, Trademarks,
Copyrights, Trade Secrets,
Transactions & Government Contracts

12086 Fort Caroline Rd., Unit 202
Jacksonville, Florida 32225
Phone: 904-996-8099
Cell: 904-571-8141
Fax: 904-996-8234

Email: myoung@myoungpa.com

January 31, 2008
\TMA08005

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

      Re: MedAmerica, Inc. v. Total Med America, LLC.
         N.D. California, Case No. C07-02292 JCS
         Telephonic Appearance Request

Dear Judge Spero:

  I represent Defendant Total Med America, LLC in the above-referenced matter. The case is scheduled for a Further Case Management Conference on Friday, February 1, 2008. This conference was reset from January 18, 2007 to allow the parties to finalize a settlement agreement. It was believed that the documentation of the settlement would be finalized prior to the February 1, 2008 date and there would be no need for a further case management conference. However, the documentation is currently under review by Plaintiff and, in all likelihood, will not be finalized by the Case Management Conference on Friday, February 1, 2008.

  Darl Danford, counsel for Plaintiff MedAmerica, Inc., and I have agreed that we would stipulate to each other requesting to appear via telephone on February 1 to request one additional week continuance of the case management conference. Therefore, I am requesting permission to appear by telephone at the February 1, 2008 hearing and my contact number is 904-996-8099.

  Thank you for your consideration of this request.

Dated: 2/1/8

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sincerely,

Mark Young, P.A.

Cc:
 Darl Ray Danford, Esq.      Andrew M. Gold, Esq.
 Circuit, McKellogg, Kinney & Ross LLP BOGATIN, CORMAN & GOLD
 1205 Prospect Street, No. 400    300 Frank H. Ogawa Plaza, Suite 370
 La Jolla, CA 92037        Oakland, California 94612