**Mark Young P.A.**

Patents, Trademarks,  
Copyrights, Trade Secrets,  
Transactions & Government Contracts

*12086 Fort Caroline Rd., Unit 202*  
*Jacksonville, Florida 32225*  
*Phone: 904-996-8099*  
*Cell: 904-571-8141*  
*Fax: 904-996-8234*

Email: myoung@myoungpa.com

February 15, 2008  
\TMA08006

Honorable Joseph C. Spero  
U.S.D.C., Northern District of California  
San Francisco Division  
450 Golden Gate Avenue  
CouliroomA, 15th Floor  
San Francisco, CA 94102

                    Re:    MedAmerica, Inc. v. Total Med America, LLC  
                          N.D. California, Case No. C07-02292 JCS  
                          Telephonic Appearance Request

Dear Judge Spero:

      I represent Defendant Total Med America, LLC in the above-referenced matter. I am pleased to inform you that the parties have reached a settlement. As part of a Settlement Agreement, the parties have stipulated to entry of a Consent Judgment, which has been filed for the Court's consideration.

      Darl Danford, counsel for Plaintiff MedAmerica, Inc., and I have agreed that we would stipulate to each other requesting to appear via telephone on February 1 to request one additional week continuance of the case management conference. Therefore, I am requesting permission to appear by telephone at today's February 15, 2008 hearing and my contact number is 904-996-8099.

      Thank you for your consideration of this request.

                                                  Sincerely,

                                                  Mark Young, P.A.

Cc:

| Darl Ray Danford, Esq. | Andrew M. Gold, Esq. |
| Circuit, McKellogg, Kinney & Ross LLP | BOGATIN, CORMAN & GOLD |
| 1205 Prospect Street, No. 400 | 300 Frank H. Ogawa Plaza, Suite 370 |
| La Jolla, CA 92037 | Oakland, California 94612 |

Dated: Feb. 15, 2008

*IT IS SO ORDERED*  
Judge Joseph C. Spero  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA